FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2007 SEP 20  P 3: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA and COMMONWEALTH OF MASSACHUSETTS ex rel. JOSEPH HARRINGTON and DONALD E. FINNEY, <br> Plaintiffs, <br><br> v. <br><br> AGGREGATE INDUSTRIES, INC., f/k/a BARDON GROUP, INC., AGGREGATE INDUSTRIES-NORTHEAST REGION, INC., f/k/a BARDON TRIMOUNT, INC., f/k/a SIMEON CORPORATION, f/k/a J.H. MCNAMARA INCORPORATED, F/K/A AS&G CORPORATION f/k/a LRM CONCRETE, CORP., f/k/a COAST CONCRETE CO., INC., f/k/a ESSEX BITUMINOUS CORP., f/k/a T & T LEASING CORP., f/k/a G & F LEASING CORP., f/k/a BNT SAND AND GRAVEL CO., INC., f/k/a CONCRETE SERVICES INC., f/k/a HOT-TOP PAVEMENTS INCORPORATED, f/k/a NEEDHAM SAND AND GRAVEL COMPANY, MIDDLESEX MATERIALS, INC., f/k/a AGGREGATE INDUSTRIES ACQUISITI, f/k/a BARDON TRIMOUNT, INC., f/k/a SIMEON CORPORATION, f/k/a MIDDLESEX MATERIALS, LLC, f/k/a MIDDLESEX PAVING CORP., f/k/a HIGHWAY PAVING INC., f/k/a SAROA BROS., INC., and BARDON TRIMOUNT, INC., f/k/a A S & g CORPORATION f/k/a LRM CONCRETE, CORP., f/k/a COAST CONCRETE CO., INC., f/k/a ESSEX BITUMINOUS CORP., f/k/a T & T LEASING CORP., f/k/a G & f LEASING CORP., f/k/a B N T SAND AND GRAVEL CO., INC. f/k/a CONCRETE SERVICES, INC., f/k/a J.H. MCNAMARA INCORPORATED. <br><br> Defendants. | Civil Action No. 05-11364-WGY <br><br> **FILED IN CAMERA AND UNDER SEAL** |

## STIPULATED MOTION FOR DISMISSAL OF ACTION
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and pursuant to and consistent with the Civil

Settlement Agreement signed on July 26, 2007, relators Joseph Harrington and Donald Finney

(the Relators), the Defendants, together with the United States, and the Commonwealth of Massachusetts, hereby stipulate that all claims against the Defendants in this matter are dismissed with prejudice as to the relators Joseph Harrington and Donald Finney. The United States and the Commonwealth of Massachusetts stipulate to the dismissal with prejudice of all claims described in the Covered Conduct in the Settlement Agreement (Exhibit # 1). The United States and the Commonwealth stipulate to the dismissal, without prejudice, of all other claims in the above-captioned case.

The United States, the Commonwealth of Massachusetts, and the Defendants agree that each will bear its own costs, expenses and attorneys' fees. The Relators and the Defendants have not reached an agreement on costs, expenses and attorney's fees. The Relators request that the Court retain jurisdiction over the case to adjudicate the Relators' claims against the Defendants for reimbursement of costs, expenses, and attorneys' fees.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: 9/18/07

By: Jeffrey M. Cohen
Assistant United States Attorney

MARTHA COAKLEY
Attorney General for the Commonwealth of Massachusetts

Dated: 9/17/07

By: Edward Bedrosian
Deputy First Assistant Attorney General

Dated: 9/17/07

R. ROBERT POPEO, ESQ.

*R. Robert Popeo (BBT)*

Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
Counsel for Aggregate Industries, Inc. and Aggregate Industries NE Region, Inc.

Dated: 9-13-07

SUSAN MCNEIL, ESQ.

*Susan H McNeil*

Counsel for Donald Finney and Joseph Harrington