UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA and COMMONWEALTH OF MASSACHUSETTS ex rel. JOSEPH HARRINGTON and DONALD E. FINNEY, Plaintiffs, <br><br> v. <br><br> AGGREGATE INDUSTRIES, INC., f/k/a BARDON GROUP, INC., AGGREGATE INDUSTRIES-NORTHEAST REGION, INC., f/k/a BARDON TRIMOUNT, INC., f/k/a SIMEON CORPORATION, f/k/a J.H. MCNAMARA INCORPORATED, F/K/A AS&G CORPORATION f/k/a LRM CONCRETE, CORP., f/k/a COAST CONCRETE CO., INC., f/k/a ESSEX BITUMINOUS CORP., f/k/a T & T LEASING CORP., f/k/a G & F LEASING CORP., f/k/a BNT SAND AND GRAVEL CO., INC., f/k/a CONCRETE SERVICES INC., f/k/a HOT-TOP PAVEMENTS INCORPORATED, f/k/a NEEDHAM SAND AND GRAVEL COMPANY, MIDDLESEX MATERIALS, INC., f/k/a AGGREGATE INDUSTRIES ACQUISITI, f/k/a BARDON TRIMOUNT, INC., f/k/a SIMEON CORPORATION, f/k/a MIDDLESEX MATERIALS, LLC, f/k/a MIDDLESEX PAVING CORP., f/k/a HIGHWAY PAVING INC., f/k/a SAROA BROS., INC., and BARDON TRIMOUNT, INC., f/k/a A S & g CORPORATION f/k/a LRM CONCRETE, CORP., f/k/a COAST CONCRETE CO., INC., f/k/a ESSEX BITUMINOUS CORP., f/k/a T & T LEASING CORP., f/k/a G & f LEASING CORP., f/k/a B N T SAND AND GRAVEL CO., INC. f/k/a CONCRETE SERVICES, INC., f/k/a J.H. MCNAMARA INCORPORATED. <br><br> Defendants. | Civil Action No. 05-11364-WGY <br><br> **FILED UNDER SEAL** |

[PROPOSED] ORDER

The United States having intervened in this action for purposes of settlement, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

3

1. the following documents are hereby unsealed: the relators' Amended Complaint, the Government's Notice of Intervention, the Stipulation of Dismissal, and this Order; and

2. all other documents on already file in this matter shall remain under seal; and

3. all future filings in this action shall not be filed under seal after the date of this Order; and

4. the Court shall retain such jurisdiction as is necessary to enforce this Order and the Settlement Agreement.

IT IS SO ORDERED,

This 1st day of Oct, 2007.

*William G. Young*
Honorable William G. Young
United States District Judge