UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 DEC 17  A 10: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA and COMMONWEALTH OF MASSACHUSETTS ex rel. JOSEPH HARRINGTON and DONALD E. FINNEY,<br><br>    Plaintiffs,<br><br>        v.<br><br>AGGREGATE INDUSTRIES, INC., f/k/a BARDON GROUP, INC., AGGREGATE INDUSTRIES-NORTHEAST REGION, INC., f/k/a BARDON TRIMOUNT, INC., f/k/a SIMEON CORPORATION, f/k/a J.H. MCNAMARA INCORPORATED, F/K/A AS&G CORPORATION f/k/a LRM CONCRETE, CORP., f/k/a COAST CONCRETE CO., INC., f/k/a ESSEX BITUMINOUS CORP., f/k/a T & T LEASING CORP., f/k/a G& F LEASING CORP., f/k/a BNT SAND AND GRAVEL CO., INC., f/k/a CONCRETE SERVICES INC., f/k/a HOT-TOP PAVEMENTS INCORPORATED, f/k/a NEEDHAM SAND AND GRAVEL COMPANY, MIDDLESEX MATERIALS, INC., f/k/a AGGREGATE INDUSTRIES ACQUISITI, f/k/a BARDON TRIMOUNT, INC., f/k/a SIMEON CORPORATION, f/k/a MIDDLESEX MATERIALS, LLC, f/k/a MIDDLESEX PAVING CORP., f/k/a HIGHWAY PAVING INC., f/k/a SAROA BROS., INC., and BARDON TRIMOUNT, INC., f/k/a A S & g CORPORATION f/k/a LRM CONCRETE, CORP., f/k/a COAST CONCRETE CO., INC., f/k/a ESSEX BITUMINOUS CORP., f/k/a T & T LEASING CORP., f/k/a G& f LEASING CORP., f/k/a B N T SAND AND GRAVEL CO., INC. f/k/a CONCRETE SERVICES, INC., f/k/a J.H. MCNAMARA INCORPORATED.<br><br>    Defendants. | Civil Action No. 05-11364-WGY<br><br>**FILED UNDER SEAL** |

**NOTICE OF APPEARANCE**

Please enter the appearance of Benjamin B. Tymann as counsel for Aggregate Industries, Inc. in the above-captioned matter.

Respectfully submitted,

**AGGREGATE INDUSTRIES, INC.**

By its attorneys,

_____
Benjamin B. Tymann (BBO #652011)
Mintz, Levin, Cohn, Ferris,
  Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

Dated:   December 17, 2007