UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 DEC 17  A 10: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA and COMMONWEALTH OF MASSACHUSETTS ex rel. JOSEPH HARRINGTON and DONALD E. FINNEY, <br><br> Plaintiffs, <br><br> v. <br><br> AGGREGATE INDUSTRIES, INC., f/k/a BARDON GROUP, INC., AGGREGATE INDUSTRIES-NORTHEAST REGION, INC., f/k/a BARDON TRIMOUNT, INC., f/k/a SIMEON CORPORATION, f/k/a J.H. MCNAMARA INCORPORATED, F/K/A AS&G CORPORATION f/k/a LRM CONCRETE, CORP., f/k/a COAST CONCRETE CO., INC., f/k/a ESSEX BITUMINOUS CORP., f/k/a T & T LEASING CORP., f/k/a G& F LEASING CORP., f/k/a BNT SAND AND GRAVEL CO., INC., f/k/a CONCRETE SERVICES INC., f/k/a HOT-TOP PAVEMENTS INCORPORATED, f/k/a NEEDHAM SAND AND GRAVEL COMPANY, MIDDLESEX MATERIALS, INC., f/k/a AGGREGATE INDUSTRIES ACQUISITI, f/k/a BARDON TRIMOUNT, INC., f/k/a SIMEON CORPORATION, f/k/a MIDDLESEX MATERIALS, LLC, f/k/a MIDDLESEX PAVING CORP., f/k/a HIGHWAY PAVING INC., f/k/a SAROA BROS., INC., and BARDON TRIMOUNT, INC., f/k/a A S & g CORPORATION f/k/a LRM CONCRETE, CORP., f/k/a COAST CONCRETE CO., INC., f/k/a ESSEX BITUMINOUS CORP., f/k/a T & T LEASING CORP., f/k/a G& f LEASING CORP., f/k/a B N T SAND AND GRAVEL CO., INC. f/k/a CONCRETE SERVICES, INC., f/k/a J.H. MCNAMARA INCORPORATED. <br><br> Defendants. | Civil Action No. 05-11364-WGY <br><br> **FILED UNDER SEAL** |

## STIPULATED MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and pursuant to and consistent with the Civil

Settlement Agreement signed on July 26, 2007, the relators Donald E. Finney and Joseph

Harrington and defendants Aggregate Industries, Inc. and Aggregate Industries Northeast Region, Inc. et al. (collectively, the "Parties"), hereby stipulate to the dismissal, with prejudice, of Finney's and Harrington's claims for attorneys' fees and costs against the defendants, the sole remaining claim in the above-captioned action.

All parties shall bear their own costs, expenses and attorneys' fees, except to the extent that defendants and relators Donald E. Finney and Joseph Harrington have agreed by separate settlement agreement as to the payment of Finney and Harrington's costs, expenses and attorneys' fees.

| | |
|---|---|
| **AGGREGATE INDUSTRIES, INC., AGGREGATE INDUSTRIES NORTHEAST REGION, INC. et al.** | **JOSEPH HARRINGTON DONALD E. FINNEY** |
| By its attorney, | By their attorney, |
| Benjamin B. Tymann<br>BBO # 652011<br>Mintz, Levin, Cohn, Ferris,<br>  Glovsky & Popeo, P.C.<br>One Financial Center<br>Boston, MA 02111 | Susan H. McNeil<br>BBO # 564831<br>101 Amesbury Street, Suite 104<br>Lawrence, MA 01840 |

Dated: December 17, 2007

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by (mail/hand) on 12/17/07.

4199698v.1